UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:17-cv-01246-EPG<br><br>**ORDER RE: RESPONSE TO ORDER TO SHOW CAUSE AND GRANTING EXTENSION OF TIME**<br><br>(ECF Nos. 13, 14) |

On July 11, 2018, the Court issued an order to show cause (ECF No. 13), requiring Plaintiff to show cause why the action should not be dismissed in light of Plaintiff's failure to file an opening brief within the time required under the Court's scheduling order (ECF No. 6-1). Plaintiff has filed his response (ECF No. 14), in which he explains why the opening brief was not timely filed and requests an extension of time to file the opening brief. Plaintiff has also filed his opening brief (ECF No. 15) concurrently with his response.

The Court finds that Plaintiff has demonstrated good cause for allowing the case to proceed and providing the requested extension of time. Accordingly,

IT IS ORDERED that the order to show cause (ECF No. 13) is DISCHARGED, and

\\\
\\\
\\\
\\\

1

Plaintiff is GRANTED, nunc pro tunc, an extension to time to July 23, 2018, to file his opening brief.

IT IS SO ORDERED.

Dated: **July 27, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE