1

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9                            FRESNO DIVISION

10

11    MITCHELL HERNANDEZ,                  | No. 1:17-cv-01246-EPG

12                Plaintiff,
                                           | ORDER OF REMAND FOR FURTHER
13    v.                                   | PROCEEDINGS PURSUANT TO SENTENCE
                                             FOUR OF 42 U.S.C. § 405(g), AND FOR
14    NANCY A. BERRYHILL,                  | ENTRY OF JUDGMENT IN FAVOR OF
      Acting Commissioner of Social Security, | PLAINTIFF
15
                Defendant.
16                                         | (ECF No. 18)

17          Pursuant to the stipulation by the parties, through their respective counsel (ECF No. 18),

18    this action is remanded for further administrative proceedings pursuant to section 205(g) of the

19    Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

20          On remand, the administrative law judge (ALJ) will conduct further proceedings as

21    necessary and issue a *de novo* decision, and will consider specifically the elements of the Listed

22    impairments in evaluating Plaintiff's claim.

23          The Clerk of Court is directed to enter a final judgment in favor of Plaintiff, and against

24    Defendant, reversing the final decision of the Commissioner.
      IT IS SO ORDERED.
25

26       Dated:  __August 14, 2018__           ___/s/ Erica P. Grosjean___
                                               UNITED STATES MAGISTRATE JUDGE
27

28