# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MITCHELL HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:17-cv-01246-EPG<br><br>ORDER FOR THE AWARD OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 21, 22) |

Pursuant to the stipulation of the Parties (ECF No. 22),

IT IS HEREBY ORDERED that the previously-filed Motion for Attorney's Fees (ECF No. 21) is withdrawn, and that Plaintiff is awarded attorney fees and expenses under the EAJA in the amount of FOUR THOUSAND TWO HUNDRED FORTY-SIX dollars and NINETY-FOUR cents ($4,246.94). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to

EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

IT IS SO ORDERED.

Dated: **November 19, 2018**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE